UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN HALL,

    Plaintiff,

v.                                        CASE NO: 8:06-cv-2359-T-23TGW

INTERNATIONAL LONG SHOREMAN'S
ASSOCIATION, et al.,

    Defendants,

_____/

## ORDER

    Pursuant to a standing order of this court dated January 5, 1998, this matter was referred to the United States Magistrate Judge. Following the Magistrate Judge's March 5, 2007, report and recommendation (Doc. 6), no party objects to the report and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 6) is **ADOPTED**. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), the plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED**. Pursuant to Rule 8, Federal Rules of Civil Procedure, the plaintiff's complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate any pending motion and close the case.

    ORDERED in Tampa, Florida, on March 26, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE